UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-5-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WALTER FRANK INGRAM, JR. ) | |

This motion to continue the sentencing hearing in the above captioned matter, comes before the court upon motion of the government and with the consent of the defendant. For good cause having been shown the motion is GRANTED and the matter is continued to the court's September 2011 criminal term.

SO ORDERED this 15 day of April 2011.

TERRENCE W. BOYLE
United States District Judge