UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Walter Frank Ingram Jr.**                                                             **Docket No. 4:10-CR-5-1BO**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Walter Frank Ingram Jr., who, upon an earlier plea of guilty to two counts of Felon in Possession of a Firearm, and one count each of Possession With the Intent to Distribute More Than 5 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, and Use of a Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 8, 2011, to the custody of the Bureau of Prisons for a term of 97 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Walter Frank Ingram Jr. was released from custody on May 19, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 14, 2005, the defendant pled guilty to the offense of Indecent Liberties With a Child. The offense occurred from July 1, 2003, until December 31, 2003, when the defendant was 19 years of age. The victim of the offense was 14 years old. The defendant received a 13 to 16-month suspended sentence and was placed on probation for 36 months; however, by June 2005, the defendant returned to court as a result of his failure to abide by the conditions of probation, to include failing to obtain a sex offender evaluation. His probation was continued, but was revoked in December 2005, after he elected to serve his suspended sentence in lieu of probation, and as a result of new criminal conduct. Since we have no record of the defendant completing a sex offender evaluation by a qualified mental health professional, it is recommended his conditions of supervision be modified to include the same. It is also recommended the defendant register with the state sex offender registration agency as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

2. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: May 27, 2016 |

Walter Frank Ingram Jr.
Docket No. 4:10-CR-5-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge