UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Walter Frank Ingram Jr.**  Docket No. 4:10-CR-5-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Walter Frank Ingram Jr., who, upon an earlier plea of guilty to two counts of Felon in Possession of a Firearm, and one count each of Possession With the Intent to Distribute More Than 5 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, and Use of a Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 8, 2011, to the custody of the Bureau of Prisons for a term of 97 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Walter Frank Ingram Jr. was released from custody on May 19, 2016, at which time the term of supervised release commenced.

On May 31, 2016, the conditions of supervision were modified to require the defendant to register with the state sex offender registration agency as directed by the probation officer, in addition to submitting to a psycho-sexual evaluation by a qualified mental health professional experienced in evaluating sexual offenders.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant pled guilty to the offense of Indecent Liberties With a Child on March 14, 2005. The offense occurred from July 1, 2003, until December 31, 2003, when the defendant was 19 years of age. The victim of the offense was 14 years old. The defendant received a 13 to 16-month suspended sentence and was placed on probation for 36 months; however, by June 2005, the defendant returned to court as a result of his failure to abide by the conditions of probation, to include failing to obtain a sex offender evaluation. His probation was continued, but was revoked in December 2005, after he elected to serve his suspended sentence in lieu of probation, and as a result of new criminal conduct. While in the custody of the Bureau of Prisons, the defendant participated in sex offender treatment while housed at a halfway house in Raleigh. Based upon information received from the treatment provider following the defendant's release that covered the period of time the defendant participated in treatment, it is recommended that the defendant participate in a sex offender treatment program and abide by all the rules, requirements and conditions of the treatment program until discharged. It is also recommended the defendant submit to physiological testing, which may include polygraph examinations or other tests, to monitor the defendant's compliance with supervised release and treatment conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

2. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Walter Frank Ingram Jr.
Docket No. 4:10-CR-5-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: July 12, 2016

## ORDER OF THE COURT

Considered and ordered this __12__ day of __July__, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge